Stephanie R. Tatar (237792)
**THE TATAR LAW FIRM**
3500 West Olive Avenue, Suite 300
Burbank, CA 91505
Telephone: (323) 744-1146
Facsimile: (888) 778-5695

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BRANDON M. THOMPSON,**<br><br>Plaintiff,<br><br>v.<br><br>**PAYPAL, INC. D/B/A/ XOOM**<br><br>Defendant. | Case No. 17-cv-06459-LHK<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

## **STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, Brandon M. Thompson ("Plaintiff") and Defendant PayPal, Inc. d/b/a Xoom ("PayPal") that Plaintiff's claim against PayPal in the above-captioned action be and hereby are dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. Each side shall bear his or its own attorney's fees, costs and expenses incurred herein.

Dated: September 20, 2018

| | | |
|---|---|---|
| 1 | | |
| 2 | */s/ Stephanie R. Tatar* | */s/ Tyler R. Andrews* |
| 3 | Stephanie R. Tatar<br>**THE TATAR LAW FIRM** | Tyler R. Andrews<br>**GREENBERG TAURIG, LLP** |
| 4 | 3500 West Olive Avenue, Suite 300<br>Burbank, CA 91505 | 3161 Michelson Drive, Suite 800<br>Irvine, CA 92612 |
| 5 | 323-744-1146<br>stephanie@thetatarlawfirm.com | 949-732-6578<br>angelataylor@jonesday.com |
| 6 | Counsel for Plaintiff | Counsel for Defendant<br>PayPal, Inc. d/b/a Xoom |

STIPULATION FOR DISMISSAL
17-cv-06459-LHK